Case: 1:22-cv-04852 Document #: 1 Filed: 09/08/22 Page 1 of 8 PageID #:1

RECEIVED
9/8/2022
MBH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEVONIA S. JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. **22-CV-4852** |
| ROBERT W. BAIRD & CO., INC., | ) |
| Defendant. | ) **JURY DEMANDED** |

**JUDGE THARP JR.**
**MAGISTRATE JUDGE GILBERT**

**COMPLAINT**

Plaintiff, DEVONIA S. JACKSON, Pro Se, states as and for her Complaint against Defendant, ROBERT W. BAIRD & CO., INC., as follows:

**Nature of Case**

1. Plaintiff brings this action against Defendant to recover damages proximately caused by Defendant's discriminatory termination of her employment in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 *et seq.* (the "ADEA").

**Jurisdiction and Venue**

2. This Court has original jurisdiction over Plaintiff's ADEA claims under 28 U.S.C. §§ 1331, 1337, 1343..

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant's illegal acts complained of herein took place at Defendant's offices and place of business based in Chicago, Cook County, Illinois, within the geographical jurisdictional boundaries of this Court.

4. On or about May 22, 2022, Plaintiff filed a timely charge of illegal

1

discrimination and retaliation against Defendant in violation of the ADEA with the local district office of the EEOC. On June 9, 2022, the EEOC issued its Notice of Right to Sue, a copy of which is attached hereto. Plaintiff, Devonia S. Jackson, received Right to Sue notice electronically on June 10, 2022. This Complaint is being filed within 90 days of Plaintiff's receipt of the EEOC Right to Sue Notice.

**The Parties**

5. Plaintiff, DEVONIA S. JACKSON (hereafter "Devonia"), is a 44 year old (DOB: January 16, 1978), individual residing at all relevant times in Oak Park, Illinois.

6. Defendant, ROBERT W. BAIRD & CO., INC. (hereafter "Baird"), is a foreign corporation registered and licensed to do business in Illinois, and conducting a significant business in Chicago, Cook County, Illinois, within the geographical boundaries of this Court, where its illegal activities described below took place.

7. Baird employs in excess of 15 workers and is therefore an "employer" within the meaning of the ADEA.

**Facts Common to All Counts**

8. In October 2016, Devonia started her employment with Baird in its Milwaukee, WI office in the position of Administrative Assistant.

9. In March 2017, Baird promoted Devonia to the position of Administrative Assistant II and raised her pay.

10. In early 2018, Baird chose Devonia to assist it in setting up a new office in McLean, VA. Baird again recognized and rewarded Devonia's excellent work with a substantial pay increase.

2

11. In May 2018, Devonia addressed her concerns regarding the abusive, toxic behavior of a lead banker and requested to leave and was offered a transfer to Baird's Milwaukee or Chicago office in the position of Administrative Assistant III. Devonia chose the Chicago office.

12. Devonia's job performance at all relevant times met or exceeded Baird's legitimate expectations.

13. In February 2020, Devonia started reporting to Jacqueline McCoy.

14. On August 13, 2021, Baird suddenly and without warning terminated Devonia's employment.

15. That day, Ms. McCoy and a Baird HR rep notified Devonia that her employment was terminated for alleged insubordination.

16. Ms. McCoy cited two alleged incidents in support of the alleged insubordination.

17. The cited alleged incidents were untrue, trivial and/or otherwise insufficient to warrant discharge.

**Age Discrimination in Violation of Title VII**

18. The ADEA makes it illegal for an employer such as Baird to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, including refusal to recall or return him to work and/or termination of his employment, because of such individual's age. See 29 U.S.C. § 623(a).

19. Baird terminated Devonia's employment because of her age in violation of the ADEA.

3

20. On information and belief, Baird assigned Devonia's former job duties to or one or more substantially younger employees.

21. On information and belief, Baird has not terminated other similarly situated, substantially younger Administrative Assistants whose job performance and/or behavior at work was alleged to have been as deficient/inappropriate/insubordinate, or more so than Devonia's.

22. As a direct and proximate result of Baird's illegal age discrimination against Devonia as described above, she has lost, and is expected to continue to lose, income in the form of wages and prospective retirement benefits, social security and other benefits in a sum to be proven at trial, and has suffered emotional pain, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

23. Baird knew that its discriminatory acts as described above were prohibited by the ADEA, or acted with reckless disregard to that possibility.

**Prayer for Relief**

**WHEREFORE**, Plaintiff, DEVONIA S. JACKSON, respectfully requests that this Court enter judgment in his favor and against Defendant ROBERT W. BAIRD & CO., INC., as follows:

A. Order Baird to make Devonia whole by paying her appropriate back pay and reimbursement for benefits including lost retirement/401k benefits, social security and other benefits and out-of-pocket expenses, plus pre-judgment interest in an amount to be shown at trial;

B. Order Baird to pay Devonia an equal amount to A., above, and for liquidated damages under the ADEA;

4

      C.    Order Baird to pay Devonia compensatory damages in the maximum amount allowable under the law;

      D.    Order Baird to pay Devonia punitive damages in the maximum amount allowable under the law.

      E.    Order Baird to pay Devonia's costs incurred in bringing this action, including, but not limited to, expert witness fees and reasonable attorneys' fees;

      F.    Try all issues of fact to a jury; and,

      G.    Grant such other relief as the Court deems just.

Respectfully submitted,
Plaintiff, DEVONIA S. JACKSON,

By: _____
DEVONIA S. JACKSON
1014 ½ North Blvd., Apt. 23
Oak Park, IL 60301
(808) 542-9127
dsjacksonbiz@gmail.com



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:** Ms. Devonia S. Jackson
1014 1/2 North Blvd, Apt. 23
OAK PARK, IL 60301

Charge No: 440-2022-05421

EEOC Representative and email:   Sergio Maldonado
Investigator
sergioe.maldonado@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-05421.

On behalf of the Commission,

Digitally Signed By: Julianne Bowman
6/9/2022
Julianne Bowman
District Director

Cc: **ROBERT W. BAIRD & CO.**

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 440-2022-05421 to the District Director at Julianne Bowman, 230 S Dearborn Street

Chicago, IL 60604.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to:
https://www.eeoc.gov/eeoc/foia/index.cfm.

DISTRICT OFFICE
OPPORTUNITY COMMISSION
RBORN, SUITE 1866
O, ILLINOIS 60604

CIAL BUSINESS

RECEIVED 7/18/22

60301-125923



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

To: Ms. Devonia S. Jackson
1014 1/2 North Blvd, Apt. 23
OAK PARK, IL 60301

Charge No: 440-2022-05421

EEOC Representative and email:   Sergio Maldonado
Investigator
sergioe.maldonado@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-05421.

On behalf of the Commission,

Digitally Signed By: Julianne Bowman
6/9/2022
Julianne Bowman
District Director

Cc: **ROBERT W. BAIRD & CO.**

Please retain this notice for your records.